UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH WATSON AND JACQUELINE
WATSON a/k/a Jaqueline Shaw,

    Plaintiff,

vs.                           Case No. 10-CV-12910

SHARON MAJEWSKI, et al,

    Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION TO COMPEL SIGNED AUTHORIZATIONS FROM PLAINTIFF KEITH WATSON

Pending before the court is Defendant's "Motion to Compel Signed Authorizations from Plaintiff Keith Watson" filed on November 11, 2011. This court's Local Rules require the movant in any motion to seek concurrence before filing a motion and, if concurrence is not obtained, to report that a conference between attorneys was held but concurrence was not obtained, or that despite reasonable efforts the movant was unable to conduct such a conference. E.D. Mich. LR 7.1(a). This court expects compliance with both the letter and the common-sense substance of 7.1(a). Here, the movant makes no mention of any effort to seek concurrence.

IT IS ORDERED that the above motion [Dkt. #45] is **DENIED.**

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

Dated: November 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 14, 2011, by electronic and/or ordinary mail.

        s/Marcia Beauchemin  
        Case Manager and Deputy Clerk  
        (313) 234-5175